IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTMINSTER AMERICAN INSURANCE COMPANY, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SECURITY NATIONAL INSURANCE COMPANY | : : | NO. 20-2195 |

## ORDER

**AND NOW**, this 25th day of September, 2020, upon consideration of Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendant's Motion to Dismiss (Docket No. 49), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall docket the Surreply that is attached as Exhibit A to the Motion.

BY THE COURT:


\_\_\_\_/s/ John R. Padova_____
John R. Padova, J.