IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTMINSTER AMERICAN INSURANCE COMPANY and ARGENIS REYES and ROSALBA MUNOZ, h/w, as assignees of 4207 CHESTER AVE., LLC and WALDY REYES | : : : : : : | CIVIL ACTION |
| v. | : : | |
| SECURITY NATIONAL INSURANCE COMPANY | : : | NO. 20-2195 |

## ORDER

**AND NOW**, this 16th day of August, 2021, upon consideration of Defendant Security National Insurance Company's Motion to Dismiss (Docket No. 41), all documents filed in connection therewith, and the Hearing held on August 4, 2021, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.