IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTMINSTER AMERICAN INSURANCE COMPANY, ET AL. | : : : | CIVIL ACTION |
| v. | : : | |
| SECURITY NATIONAL INSURANCE COMPANY | : : | NO. 20-2195 |

## ORDER

**AND NOW**, this 22nd day of September, 2023, upon consideration of Defendant Security National Insurance Company's Motion to Dismiss (Docket No. 41), all documents filed in connection therewith, and Defendant's "Motion to Request Case Management Conference" (Docket No. 74), for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**.

2. The Motion for a Conference is **DISMISSED** as moot.

3. The Second Amended Complaint is **DISMISSED**, and the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.